## LISBON SALESBOOK CO. ET AL. v. OHIO.

No. 698. Decided January 25, 1965.

*Isadore Topper, R. Brooke Alloway* and *N. Victor Goodman* for appellants.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.